```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   EFRAIN WALDO
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-359 MCE |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE |
|  | ) |
| EFRAIN WALDO, | ) Date: October 13, 2011 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's October 13, 2011. calendar, at the request of the defense, and be continued until November 3, 2011, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between October 13, 2011, through and including November 3, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

///

///

///

1   This first continuance is requested in order to consult and review
2 with Mr. Waldo and with an interpreter the provisions of a pre-plea
3 probation report which is reportedly completed, but which has not yet
4 been received by counsel, as well as the terms of an anticipated fast
5 track plea agreement expected after government counsel has been able to
6 review the probation report.
7   **IT IS SO STIPULATED**.

```
Dated:  October 11, 2011        /S/ Michele M. Beckwith
                                Michele M. Beckwith
                                Assistant United States Attorney
                                Counsel for Plaintiff


Dated:  October 11, 2011        /S/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                EFRAIN WALDO
```

Stipulation & Order
Continuing Case and Excluding Time        2

**O R D E R**

**WHEREAS** this is the first continuance requested in this matter, and,

**WHEREAS** defense counsel requires the services of an interpreter to communicate with his client; and

**WHEREAS** counsel anticipate making progress in resolving this matter efficiently and without protracted litigation,

**THEREFORE**, the stipulation is accepted, and the requested continuance is granted.  The court finds that the interests of justice in granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE